ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Woodbridge Partners, L.P. and Seville Farms, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GROWER DIRECT SUPPLY, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEVILLE FARMS, INC., a Texas Corporation; WOODBRIDGE PARTNERS, LP, a Texas Limited Partnership; TERRI ANN BRENTLINGER BAUER; an individual, JOHN BRENTLINGER, an individual; WILLIAM BRENTLINGER, an individual; ROBERT BRENTLINGER, an individual; LSQ FUNDING GROUP, L.C., a Florida Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-05428-FMO-AGR<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(2) and (6)]<br><br>Date: January 11, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 6D<br>350 W. 1st Street, 6th Floor,<br>Los Angeles, CA 90012<br><br>Honorable Fernando M. Olguin |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on January 11, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6D of the above-entitled Court, Defendants Woodbridge Partners, LP ("Woodbridge") and Seville Farms, Inc.

("Seville" and collectively with Woodbridge, the "Movants"), will and hereby do move the Court to dismiss Plaintiff's Second Amended Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(2) and (6).

Plaintiff's Second Amended Complaint should be dismissed because both Woodbridge and Seville are residents of Texas and have no, or (at best) minimal for Seville, connection to California to confer personal jurisdiction upon this Court. To avoid this problem, Plaintiff relies on allegations of alter ego to justify the Court's exercise of jurisdiction over Woodbridge. However, those allegations are not sufficient to do so. Plaintiff has not alleged adequate facts to either establish personal jurisdiction over Seville, which is a prerequisite to jurisdiction over Woodbridge, or facts sufficient to establish alter ego as to Woodbridge. Furthermore, each of Plaintiff's causes of action alleged against the Movants fail to state a claim. Plaintiff has not alleged sufficient facts to establish a breach of contract claim as to Seville or Woodbridge, Woodbridge is not even alleged to be a party to the alleged contract, and Woodbridge is not the alter ego of Seville. Plaintiff has failed to allege sufficient facts to comply with the heightened pleading obligations of Rule 9 with respect to its fraudulent inducement claim and fraudulent transfer claim as to both Woodbridge and Seville. Plaintiff's injunctive relief claim also fails because there is no strong likelihood of success on the merits to support such a claim.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities, the Declaration of Robert Brentlinger, Proposed Order, all pleadings and documents on file herein, and on such other and further evidence as may be presented at or before the hearing on this matter.

Pursuant to Local Rule 7-3, Defendant's counsel Aaron E. de Leest met and conferred via telephone on November 8, 2023 with Plaintiff's counsel Chris Hamner and they were unable to reach any agreement regarding Movants' issues concerning the deficiencies in Plaintiff's claims.

WHEREFORE, Defendants Woodbridge Partners, LP and Seville Farms, Inc. respectfully request that this Court grant Defendants' Motion to Dismiss the Second Amended Complaint.

DATED: November 29, 2023

DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: */s/ Aaron E. de Leest*
AARON E. DE LEEST
Attorneys for Robert Brentlinger

**PROOF OF SERVICE**

**2:23-cv-05428-FMO-AGR**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

On November 29, 2023, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** on the interested parties in this action as follows:

Christopher J Hamner chamner@hamnerlaw.com

Eric P. Israel eisrael@danninggill.com, eisrael@ecf.inforuptcy.com,DanningGill@gmail.com

Andrew Russell andrew.russell@bondsellis.com

Aaron E. de Leest adeleest@danninggill.com, adeleest@ecf.inforuptcy.com,DanningGill@gmail.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 29, 2023, at Los Angeles, California.

/s/ Beverly Lew

Beverly Lew